IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GARY L. SWANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 7:19-CV-241-FL |
| | ) | |
| HEDRICK, GARDNER, KINCHELOE & GAROFALO, LLP, | ) ) | |
| | ) | |
| Defendant. | ) | |

- - - -

| | | |
|---|---|---|
| GARY L. SWANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 7:19-CV-242-FL |
| | ) | |
| THE HARTFORD CARRIER INS. CO., | ) | |
| | ) | |
| Defendant. | ) | |

- - - -

| | | |
|---|---|---|
| GARY L. SWANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 7:19-CV-243-FL |
| | ) | |
| LITTLER MENDELSON P.C., | ) | |
| | ) | |
| Defendant. | ) | |

- - - -

| | ) | |
|---|---|---|
| GARY L. SWANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | NO. 7:19-CV-244-FL |
| CAROLINA FRESH WATER, LLC; | ) | |
| SPEAK TELESERVICES LLC; and SID | ) | |
| SMITH, | ) | |
| | ) | |
| Defendants. | ) | |

- - - -

| | ) | |
|---|---|---|
| GARY L. SWANSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NO. 7:19-CV-245-FL |
| v. | ) | |
| | ) | |
| LITTLER MENDELSON P.C., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

These five matters are before the court on the orders and Memoranda and Recommendations (M&Rs) of United States Magistrate Judge Robert B. Jones, Jr., regarding plaintiff's motions to proceed in forma pauperis, and frivolity review of plaintiff's complaints. Also before the court is plaintiff's emergency motion with verification of military experience and training. (DE 4, Case No. 7:19-CV-241-FL). Plaintiff did not file objections to the M&Rs.

The magistrate judge correctly determined that plaintiff's complaints must be dismissed as devoid of substance and factual support upon frivolity review pursuant to 28 U.S.C. §

1915(e)(2)(B). Upon careful review of the M&R and of the record generally, having found no clear error, the court hereby ADOPTS the recommendations of the magistrate judge as its own. These matters are DISMISSED WITHOUT PREJUDICE for failure to state a claim upon which relief can be granted. Accordingly, plaintiff's emergency motion (DE 4, Case No. 7:19-CV-241-FL) also is DENIED as without basis in law or fact. The clerk is DIRECTED to close these cases.

SO ORDERED, this the 14th day of January, 2020.

LOUISE W. FLANAGAN
United States District Judge